No. **CR 07 00407 RMW**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED
2007 JUN 27 P 4: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

---

### THE UNITED STATES OF AMERICA
*vs.*
### BERNARDO RODRIGUEZ-ALMANZA

---

## INDICTMENT

**COUNT ONE:** Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

Filed in open court this 27 day of June

A.D. 2007

_____
United States Magistrate Judge

Bail. $ no warrant

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED

2007 JUN 27 P 4: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR  No. 07  00407 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 8 U.S.C. § 1326 – |
|  | ) Illegal Re-Entry Following Deportation |
| BERNARDO RODRIGUEZ-ALMANZA, | ) |
|  | ) SAN JOSE VENUE |
| Defendant. | ) |

HRL

## INDICTMENT

The Grand Jury charges:

On or about September 9, 2006, the defendant

**BERNARDO RODRIGUEZ-ALMANZA,**

an alien, previously having been arrested and deported from the United States on or about October 9, 1998, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8,

//

//

INDICTMENT

1  United States Code, Section 1326.
2  DATED: 27-Jun-2007                A TRUE BILL
3
4                                    _____
                                     FOREPERSON
5  SCOTT N. SCHOOLS
   United States Attorney
6
7  _____
   DAVID R. CALLAWAY
8  Deputy Chief, San Jose Office
9
10 (Approved as to form: _____ )
                          AUSA JEFFREY SCHENK
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
E-FILING

### OFFENSE CHARGED
8 USC § 1326 - Illegal Reentry

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

### DEFENDANT - U.S.
▶ BERNARDO RODRIGUEZ-ALMANZA

2007 JUN 27 P 4:22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

DISTRICT COURT NUMBER
CR 07 00407 RMW
HRL

### DEFENDANT

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
S/A Darin Masterton - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☒ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) **JEFFREY SCHENK**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: